

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00422-CV

**QUANTA BUILDING GROUP, LLC** and Alex Valladares,
Appellants

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05052
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: April 6, 2022

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order costs of the appeal are assessed against appellants. *See id.* 42.1(d).

PER CURIAM